**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00461-BNB
(**The above civil action number must appear on all future papers
 sent to the court in this action.  Failure to include this number
 may result in a delay in the consideration of your claims.**)

GABRIEL GONZALES MEZA,

      Applicant, named as Respondent,

v.

PEOPLE OF THE UNITED STATES OF AMERICA,

      Respondent, named as Applicant.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

      Applicant, Gabriel Gonzales Meza, named as Respondent, currently is

incarcerated at the Jefferson County Detention Facility in Golden, Colorado.  He has

submitted *pro se* a petition for writ of habeas corpus *ad prosequendum* (ECF No. 1),

asking to be brought before this Court for disposition of an untried information, and a

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915

(ECF No. 2).  As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court

has determined that the submitted documents are deficient as described in this order.

Applicant will be directed to cure the following if he wishes to pursue any claims in this

court in this action.  Any papers that Applicant files in response to this order must

include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    __     is not submitted
(2)    __     is missing affidavit

(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing

(4)  X  is missing certificate showing current balance in prison account (account statement must be certified by the warden or other appropriate officer)

(5)  ___  is missing required financial information

(6)  ___  is missing an original signature by the prisoner

(7)  X  is not on proper form (must use the court's current form)

(8)  X  names in caption do not match names in caption of complaint, petition or habeas application

(9)  ___  other:  The § 1915 motion and affidavit and certificate showing prison account balance are necessary only if the $5.00 filing fee is not paid in full in advance.

**Complaint, Petition or Application**:

(10)  X  is not submitted

(11)  ___  is not on proper form

(12)  ___  is missing an original signature by the prisoner

(13)  ___  is missing page nos. ___

(14)  ___  uses et al. instead of listing all parties in caption

(15)  ___  names in caption do not match names in text

(16)  ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(17)  ___  other:  The only proper Respondent in a habeas corpus action is Applicant's current warden, superintendent, jailer or other custodian.  The People of the United States of America is not a proper party to this action.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this order**.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Applicant shall obtain the court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and a Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies

**within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED February 25, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge

3