IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00461-LTB

GABRIEL GONZALES MEZA,

      Applicant, named as Respondent,

v.

PEOPLE OF THE UNITED STATES OF AMERICA,

      Respondent, named as Applicant.

---

## JUDGMENT

---

      Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 3, 2013, it is hereby

      ORDERED that Judgment is entered in favor of Respondent and against Applicant.

      DATED at Denver, Colorado, this 3 day of April, 2013.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/  M.J. Garcia
                        Deputy Clerk